EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
MICHAEL D. O'REILLEY, State Bar No. 72144
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5965
 Fax:  (415) 703-1234
 Email:  Michael.Oreilley@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IVAN M. NUNEZ,**<br><br>Petitioner,<br><br>v.<br><br>**JAMES A. YATES, Warden,**<br><br>Respondent. | C 07-2485 JSW (PR)<br><br>**APPLICATION FOR EXTENSION OF TIME TO FILE ANSWER** |

Respondent respectfully requests a 90-day extension of time, to and including March 13, 2008, in which to file a response to the petition for writ of habeas corpus.  Good cause for the extension is set forth in the accompanying declaration of counsel.

//

//

//

//

//

//

App. for Ext. of Time to File Answer

*Nunez v. Yates*
C 07-2485 JSW (PR)

1

1    WHEREFORE, respondent respectfully requests that this Court grant an extension of time

2  to and including March 13, 2008, in which to file the answer or other responsive pleading.

3    Dated:  December 11, 2007

4    Respectfully submitted,

5    EDMUND G. BROWN JR.
     Attorney General of the State of California

6    DANE R. GILLETTE
     Chief Assistant Attorney General

7
     GERALD A. ENGLER
8    Senior Assistant Attorney General

9    PEGGY S. RUFFRA
     Supervising Deputy Attorney General

10

11
     /s/  Michael D. O'Reilley
12
     MICHAEL D. O'REILLEY
13   Deputy Attorney General
     Attorneys for Respondent
14

15
     40196142.wpd
16   SF2007402772

17

18

19

20

21

22

23

24

25

26

27

28

App. for Ext. of Time to File Answer                          *Nunez v. Yates*
                                                              C 07-2485 JSW (PR)

2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **Nunez v. Yates**

No.:    **C 07-2485 JSW (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>December 12, 2007</u>, I served the attached **APPLICATION FOR EXTENSION OF TIME; DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:


Ivan M. Nunez
J40408
Pleasant Valley State Prison
P. O. Box 8502
Coalinga, CA 93210


I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on December 12, 2007, at San Francisco, California.

| Nelly Guerrero | /s/ Nelly Guerrero |
|:---:|:---:|
| Declarant | Signature |

40196233.wpd