EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
MICHAEL D. O'REILLEY
State Bar No. 72144
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5965
 Fax: (415) 703-1234
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IVAN M. NUNEZ,<br><br>                    Petitioner,<br><br>     v.<br><br>JAMES A. YATES, Warden,<br><br>                    Respondent. | No. C 07-2485 JSW (PR)<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME** |

I, Michael D. O'Reilley, declare under penalty of perjury as follows:

I am a Deputy Attorney General for the State of California and represent respondent in this case.

Petitioner is a state prisoner who was convicted at jury trial in 2004 in the Superior Court of California, County of Santa Clara, of one count of battery with serious bodily injury (Cal. Pen. Code §§ 242, 243(d), count one); and two counts of assault by means of force likely to cause great bodily injury (Cal. Pen. Code § 245(a)(1), count two). The jury also found to be true a special allegation that petitioner had personally inflicted great bodily injury during the commission of counts one and two. (Cal. Pen. Code § 12022.7). Petitioner assaulted a crossing guard at a middle school in San Jose. Petitioner admitted he had suffered two prior serious felony "strike" convictions.

1 (Cal. Pen. Code §§ 667(a), 667(b), 1170.12), and that he had served two prior prison terms (Cal.
2 Pen. Code § 667.5(b)). The trial court sentenced petitioner to an aggregate state prison term of 35
3 years-to-life.

4       The California Court of Appeal affirmed the judgment on October 12, 2005 and the
5 California Supreme Court denied review on December 21, 2005.

6       On May 9, 2007, petitioner filed a petition for habeas corpus in this court. This Court
7 issued an order to show cause on October 15, 2007, directing respondent to file an answer on or
8 before December 14, 2007. For the following reasons, respondent requests an extension of time
9 to file the answer.

10       The undersigned was assigned this case on November 5, 2007. Without enumerating the
11 cases individually, the undersigned now has seven federal habeas and Ninth Circuit matters pending,
12 all of which have deadlines for responsive briefing by the end of February 2008. Further, the
13 undersigned currently has two state felony jury trials pending in March 2008, one in San Francisco
14 and one in San Mateo County.

15       I now have received petitioner's appellate file from our closed file facility.

16       Petitioner is proceeding *pro se*.

17       Accordingly, I respectfully request that the Court grant respondent an extension of time
18 of 90 days, to and including March 13, 2008, in which to file the answer to the petition.

19       I declare under penalty of perjury of the laws of the State of California and the United
20 States of America that the foregoing is true and correct. Executed at San Francisco, California on
21 December 11, 2007.

22

23                                           /s/ Michael D. O'Reilley
                                          MICHAEL D. O'REILLEY
24                                           Deputy Attorney General

25

26

27

28