IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IVAN NUNEZ,** | No. C 07-2485 JSW (PR) |
| Petitioner, | **ORDER** |
| v. | |
| **JAMES A. YATES, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that respondent may have until March 13, 2007, to answer or file another pleading responsive to the petition for writ of habeas corpus. If petitioner wishes to respond to the answer, he shall do so by filing a traverse with the court and serving it on Respondent on or before April 13, 2008.

DATED: _____

                                                      JEFFREY S. WHITE
                                                    United States District Judge

Order - *Nunez v. Yates* - C 07-2485 JSW (PR)