1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  MICHAEL D. O'REILLEY
   State Bar No. 72144
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA 94102-7004
7    Telephone: (415) 703-5965
     Fax: (415) 703-1234
8  Attorneys for Respondent

9                IN THE UNITED STATES DISTRICT COURT

10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12

| IVAN M. NUNEZ, | No. C 07-2485 JSW (PR) |
|---|---|
| Petitioner, | **APPLICATION FOR SECOND EXTENSION OF TIME** |
| v. | |
| JAMES A. YATES, WARDEN, | |
| Respondent. | |

18

19       Respondent hereby requests a 45-day extension of time until April 27, 2008, in which to

20  file a response to the petition for writ of habeas corpus.  Good cause for the extension is set forth

21  in the accompanying declaration of counsel.

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

App. For Second Ext. of Time - *Nunez v. Yates* - C 07-2485 JSW (PR)

1

1     WHEREFORE, respondent respectfully requests that this Court grant an extension of time
2 to and including April 27, 2008, in which to file the answer or other responsive pleading.
3     Dated: March 19, 2008
4                 Respectfully submitted,
5                 EDMUND G. BROWN JR.
                 Attorney General of the State of California
6                 DANE R. GILLETTE
                 Chief Assistant Attorney General
7                 GERALD A. ENGLER
                 Senior Assistant Attorney General
8
                PEGGY S. RUFFRA
9                 Supervising Deputy Attorney General
10
11
                /s/  Michael D. O'Reilley
12
                MICHAEL D. O'REILLEY
13                 Deputy Attorney General
                 Attorneys for Respondent
14
15
40231155.wpd

App. For Second Ext. of Time - *Nunez v. Yates* - C 07-2485 JSW (PR)

2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Nunez v. Yates**

No.:   **C 07-2485 JSW (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On March 19, 2008, I served the attached **APPLICATION FOR SECOND EXTENSION OF TIME; DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR SECOND EXTENSION OF TIME; ORDER** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Ivan M. Nunez
J40408
Pleasant Valley State Prison
P. O. Box 8502
Coalinga, CA  93210

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on March 19, 2008, at San Francisco, California.

|          Nelly Guerrero           |          /s/  Nelly Guerrero          |
|:---------------:|:---------------:|
| Declarant | Signature |

40231168.wpd