EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
MICHAEL D. O'REILLEY
State Bar No. 72144
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5965
  Fax: (415) 703-1234
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IVAN M. NUNEZ,**<br><br>                      Petitioner,<br><br>    v.<br><br>**JAMES A. YATES, WARDEN,**<br><br>                      Respondent. | No. C 07-2485 JSW (PR)<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR SECOND EXTENSION OF TIME** |

      I, Michael D. O'Reilley, declare under penalty of perjury as follows:

      I am a Deputy Attorney General for the State of California and represent respondent in this case.

      Petitioner is a state prisoner who was convicted at jury trial in 2004 in the Superior Court of California, County of Santa Clara, of one count of battery with serious bodily injury (Cal. Pen. Code §§ 242, 243, subd. (d), count one); and two counts of assault by means of force likely to cause great bodily injury (Cal. Pen. Code § 245, subd. (a)(1), count two). The jury also found to be true a special allegation that petitioner had personally inflicted great bodily injury during the commission of counts one and two. Cal. Pen. Code § 12022.7. Petitioner assaulted a crossing guard at a middle school in San Jose. Petitioner admitted he had suffered two prior serious felony "strike" convictions.

1  (Cal. Pen. Code §§ 667, subd. (a), 667, subd. (b),  1170.12), and that he had served two prior prison
2  terms (Cal. Pen. Code § 667.5, subd. (b)).  The trial court sentenced petitioner to an aggregate state
3  prison term of 35 years-to-life.

4        The California Court of Appeal affirmed the judgment  on October 12, 2005 and the
5  California Supreme Court denied review on December 21, 2005.

6        On May 9, 2007, petitioner filed a petition for habeas corpus in this court.  This court
7  issued an order to show cause on October 15, 2007 directing respondent to file an answer on or
8  before  December 14, 2007.  The undersigned was assigned this case on November 5, 2007.

9        On December 11, 2007, the undersigned requested a 90 day extension of time within
10  which to file respondent's brief, that is, to March 13, 2008.  On December 18, 2007, this Court
11  granted the extension.

12        The undersigned apologizes to this Court for unintentionally missing the deadline and
13  assures this court no disrespect was intended.

14        While preparing the respondent's brief, on March 5, 2008, the undersigned unexpectedly
15  was assigned a federal habeas evidentiary hearing scheduled to begin April 7 in the Eastern District.
16  *Henry v. Marshall*, 2:94-CV 00916-JKS.  The record in the case is particularly extensive because
17  it includes transcripts and other materials from three jury trials for defendants whose cases had been
18  severed in state court.  The case involves a 1986 murder and the undersigned was completely
19  unfamiliar with it.  The undersigned worked steadily preparing for the hearing  for nine days.  It was
20  not until March 14 that the undersigned learned the hearing likely would be continued.  No new date
21  has been set.

22        Without enumerating the cases individually, the undersigned now has five federal habeas
23  and Ninth Circuit matters pending apart from this case, four of which have deadlines for responsive
24  briefing by the end of April  2008.

25        Petitioner is proceeding *pro se*.

26        Accordingly, I respectfully request that the court grant respondent a second and final
27  extension of time of 45 days, to and including April 27, 2008, within which to file a response to the
28  petition.

Dec. of Counsel in Support of  App. For Second Ext. of Time -  *Nunez v. Yates* - C 07-2485 JSW (PR)

1  I declare under penalty of perjury of the laws of the State of California and the United
2  States of America that the foregoing is true and correct.  Executed at San Francisco, California on
3  March 19, 2007.
4
5  /s/ Michael D. O'Reilley
   MICHAEL D. O'REILLEY
6  Deputy Attorney General