IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IVAN M. NUNEZ,** | No. C 07-2485 JSW (PR) |
| Petitioner, | **ORDER** |
| v. | |
| **JAMES A. YATES, WARDEN,** | |
| Respondent. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that respondent may have until April 27, 2007, to answer or file another pleading responsive to the petition for writ of habeas corpus. If petitioner wishes to respond to the answer, he shall do so by filing a traverse with the court and serving it on Respondent on or before May 27, 2008.

DATED: _____

JEFFREY S. WHITE
United States District Judge

Order - *Nunez v. Yates* - C 07-2485 JSW (PR)