UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN M NUNEZ,<br><br>    Plaintiff,<br><br> v.<br><br>JAMES A YATES et al,<br><br>    Defendant. | Case Number: CV07-02485 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 2, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ivan M. Nunez
J40408
Pleasant Valley State Prison
P.O. Box 8502
Coalinga, CA 93210

Dated: April 2, 2008

                 Richard W. Wieking, Clerk
                 By: Frank Justiliano, Deputy Clerk