1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  MICHAEL D. O'REILLEY
   State Bar No. 72144
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA 94102-7004
7   Telephone: (415) 703-5965
    Fax: (415) 703-1234
8  Attorneys for Respondent

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

| | |
|---|---|
| **IVAN M. NUNEZ,** | No. C 07-2485 JSW (PR) |
| Petitioner, | **DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR THIRD ENLARGEMENT OF TIME** |
| v. | |
| **JAMES A. YATES, WARDEN,** | |
| Respondent. | |

18         I, Michael D. O'Reilley, declare under penalty of perjury as follows:

19         I am a Deputy Attorney General for the State of California and represent respondent in
20  this case.

21         Petitioner is a state prisoner who was convicted at jury trial in 2004 in the Superior Court
22  of California, County of Santa Clara, of one count of battery with serious bodily injury (Cal. Penal
23  Code §§ 242, 243(d), count one); and two counts of assault by means of force likely to cause great
24  bodily injury (Cal. Penal Code § 245(a)(1), count two). The jury also found to be true a special
25  allegation that petitioner had personally inflicted great bodily injury during the commission of
26  counts one and two. (Cal. Penal Code § 12022.7). Petitioner assaulted a crossing guard at a middle
27  school in San Jose. Petitioner admitted he had suffered two prior serious felony "strike" convictions.
28  (Cal. Penal Code §§ 667(a), 667(b), 1170.12), and that he had served two prior prison terms (Cal.

1  Penal Code § 667.5(b)).  The trial court sentenced petitioner to an aggregate state prison term of 35
2  years-to-life.
3        The California Court of Appeal affirmed the judgment on October 12, 2005, and the
4  California Supreme Court denied review on December 21, 2005.
5        On May 9, 2007, petitioner filed a petition for habeas corpus in this Court.  This Court
6  issued an order to show cause on October 15, 2007 directing respondent to file an answer on or
7  before  December 14, 2007.  The undersigned was assigned this case on November 5, 2007.
8        On December 18, 2007 and on March 31, 2008, this Court granted respondent time
9  extensions of 90 and 45 days respectively.
10        The undersigned believed in good faith the responsive pleading here would be completed
11  by April 28.  I estimate approximately fifty percent in fact has been completed.  However, on April
12  11, 2008, the undersigned unexpectedly received an order for supplemental briefing from the
13  California Supreme Court with a deadline of April 29.  *People v. Gary Cross*, Calif. Supreme Ct.
14  No. S139791.
15        Without enumerating other federal cases individually, the undersigned now has one federal
16  habeas and one Ninth Circuit appeal pending apart from this case, both of which have deadlines for
17  responsive briefing by May 19, 2008.  Since this Court's granting of the second extension of time,
18  the undersigned has filed two briefs in the Ninth Circuit and one brief in the U.S. District Court.
19        Petitioner is proceeding *pro se*.
20        Accordingly, I respectfully request that the court grant respondent a third and final
21  extension of time of 20 days, to and including May 18, 2008, within which to file a response to the
22  petition.
23        I declare under penalty of perjury of the laws of the State of California and the United
24  States of America that the foregoing is true and correct.  Executed at San Francisco, California on
25  April 25, 2008.

26                                              /s/  Michael D. O'Reilley
                                           MICHAEL D. O'REILLEY
27                                             Deputy Attorney General
28  40246394.wpd/SF2007402772

Dec. of Counsel in Support of Appl. for Third Enlarg. of Time - *Nunez v. Yates* - C 07-2485 JSW (PR)