IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IVAN M. NUNEZ,** | No. C 07-2485 JSW (PR) |
| Petitioner, | **ORDER** |
| v. | |
| **JAMES A. YATES, WARDEN,** | |
| Respondent. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that respondent may have until May 18, 2008, to answer or file another pleading responsive to the petition for writ of habeas corpus.

DATED: _____

                                      JEFFREY S. WHITE
                                      United States District Judge

40246396.wpd
SF2007402772

Order - *Nunez v. Yates* - C 07-2485 JSW (PR)