FILED
MAY 06 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IVAN M. NUNEZ, | No. C 07-2485 JSW (PR) |
|---|---|
| Petitioner, | **ORDER** |
| v. | |
| JAMES A. YATES, WARDEN, | |
| Respondent. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that respondent may have until May 18, 2008, to answer or file another pleading responsive to the petition for writ of habeas corpus.

DATED: MAY 06 2008

JEFFREY S. WHITE
United States District Judge

40246396.wpd
SF2007402772

Order - *Nunez v. Yates* - C 07-2485 JSW (PR)

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IVAN M NUNEZ,

        Plaintiff,

v.

JAMES A YATES et al,

        Defendant.
        /

Case Number: CV07-02485 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 6, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ivan M. Nunez
J40408
Pleasant Valley State Prison
P.O. Box 8502
Coalinga, CA 93210

Michael Damian O'Reilley
State of California Office of the Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102

Dated: May 6, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk