1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DANE R. GILLETTE
Chief Assistant Attorney General
3 | GERALD A. ENGLER
Senior Assistant Attorney General
4 | PEGGY S. RUFFRA
Supervising Deputy Attorney General
5 | MICHAEL D. O'REILLEY, State Bar No. 72144
Deputy Attorney General
6 |  455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
7 |  Telephone:  (415) 703-5965
Fax:  (415) 703-1234
8 |  Email:  Michael.Oreilley@doj.ca.gov

9 | Attorneys for Respondent

10 | IN THE UNITED STATES DISTRICT COURT

11 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

12 | SAN FRANCISCO DIVISION

13 |

14 | **IVAN M. NUNEZ,**                              C 07-2485 JSW (PR)

15 |                                    Petitioner,    **ANSWER TO ORDER TO
SHOW CAUSE**

16 |        v.

17 | **JAMES A. YATES, Warden,**

18 |                                    Respondent.

19 |         Respondent hereby provides this answer to the order to show cause why the petition

20 | for writ of habeas corpus should not be granted.

21 |                                            **I.**

22 |                                       **CUSTODY**

23 |         Petitioner is lawfully in the custody of the California Department of Corrections and

24 | Rehabilitation as the result of a judgment of conviction at jury trial in the Santa Clara County

25 | Superior Court of one count of felony battery with serious bodily injury (Cal. Penal Code §§ 242,

26 | 243(d))[1] and two counts of assault by means of force likely to produce great bodily injury (§

27 | _____

28 |         1.  All statutory references are to the California Penal Code unless otherwise stated.

Answer To Order To Show Cause                                          *Nunez v. Yates*
                                                                        C 07-2485 JSW (PR)

245(a)(1)).  A special allegation of great bodily injury (§ 12022.7) also was found to be true. Petitioner admitted he had suffered two prior serious felony "strike" convictions (§§ 667(a), 667(b), 1170.12) and had served two prior prison terms (§ 667.5 (b)).  Petitioner was sentenced to a state prison term of 35 years to life.

## II.

## VERIFICATION

The petition is signed and verified by petitioner.

## III.

## PROCEDURAL ISSUES

The claims in the petition are exhausted.  The petition is timely within the meaning of 28 U.S.C. § 2244 (d).

## IV.

## GENERAL AND SPECIFIC DENIALS

Respondent denies that the state court rulings were based on an unreasonable determination of facts or were contrary to or involved an unreasonable application of clearly established United States Supreme Court precedent.  Respondent specifically denies that (1) petitioner received constitutionally ineffective assistance of trial counsel  within the meaning of *Strickland v. Washington*, 466 U.S. 668 (1984) by counsel's failure to call certain witnesses at trial; and (2) petitioner was deprived of his federal due process right to a fair trial as a result of  an error in jury instructions by the trial court.

## V.

## LODGED DOCUMENTS

Respondent has lodged concurrently with this answer the following exhibits:

1. Clerk's transcript from Santa Clara County Superior Court No. CC329648
   (2 volumes)
2. Augmentation of clerk's transcript (1 volume)
3. Petitioner's opening brief in the state Court of Appeal (No. H028072)
4. Respondent's brief in the state Court of Appeal (No. H028072)

Answer To Order To Show Cause

*Nunez v. Yates*
C 07-2485 JSW (PR)

2

5.  Petitioner's reply brief   in the state Court of Appeal (No. H028072)

6.  Decision of the state Court of Appeal affirming the judgment (No. H028072)

7.  Petitioner's petition for review in the state Supreme Court (No. S138858)

8.  State Supreme Court's denial of the petition for review (No. S138858)

9.  Santa Clara County Superior Court order denying application for habeas corpus
    (No. CC329648)

10.  Petitioner's application for habeas corpus to the state Court of Appeal

11.  Court of Appeal order denying habeas application (No. H030538)

12.  Petitioner's application for habeas corpus to the state Supreme Court

13.  Supreme Court order denying habeas application (No. S146699)

14.  Reporter's transcript (3 volumes)

15.  San Jose Police Department report number 03-287-0232

**VI.**

**<u>INCORPORATION BY REFERENCE</u>**

Respondent hereby incorporates by reference the accompanying memorandum of points and authorities in support of this answer.

///

///

///

///

///

///

///

///

///

///

///

///

Answer To Order To Show Cause

*Nunez v. Yates*
C 07-2485 JSW (PR)

3

1

## VII.

2

## CONCLUSION

3          Respondent respectfully requests that the petition for writ of habeas corpus be denied.

4          Dated:  May 12, 2008

5                              Respectfully submitted,

6                              EDMUND G. BROWN JR.
                               Attorney General of the State of California

7                              DANE R. GILLETTE
                               Chief Assistant Attorney General

8
                               GERALD A. ENGLER
9                              Senior Assistant Attorney General

10                             PEGGY S. RUFFRA
                               Supervising Deputy Attorney General

11

12                             /s/ Michael D. O'Reilley

13
                               MICHAEL D. O'REILLEY
14                             Deputy Attorney General
                               Attorneys for Respondent

15

16
        40248575.wpd
17      SF2007402772

18

19

20

21

22

23

24

25

26

27

28

Answer To Order To Show Cause                                    *Nunez v. Yates*
                                                                 C 07-2485 JSW (PR)

4

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:     **Nunez v. Yates**

No.:     **C 07-2485 JSW (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On May 12, 2008, I served the attached **ANSWER TO ORDER TO SHOW CAUSE; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ANSWER TO ORDER TO SHOW CAUSE; NOTICE OF LODGING OF, AND INDEX TO, EXHIBITS** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA  94102-7004, addressed as follows:

Ivan M. Nunez
J40408
Pleasant Valley State Prison
P. O. Box 8502
Coalinga, CA  93210

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 12, 2008, at San Francisco, California.

| Nelly Guerrero | /s/  Nelly Guerrero |
|:---:|:---:|
| Declarant | Signature |

40252423.wpd