1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DANE R. GILLETTE
Chief Assistant Attorney General
3 | GERALD A. ENGLER
Senior Assistant Attorney General
4 | PEGGY S. RUFFRA
Supervising Deputy Attorney General
5 | MICHAEL D. O'REILLEY, State Bar No. 72144
Deputy Attorney General
6 |  455 Golden Gate Avenue, Suite 11000
   San Francisco, CA  94102-7004
7 |  Telephone:  (415) 703-5965
   Fax:  (415) 703-1234
8 |  Email:  Michael.Oreilley@doj.ca.gov

9 | Attorneys for Respondent

10 | IN THE UNITED STATES DISTRICT COURT

11 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

12 | SAN FRANCISCO DIVISION

**IVAN M. NUNEZ,**

Petitioner,

v.

**JAMES A. YATES, Warden,**

Respondent.

C 07-2485 JSW (PR)

**NOTICE OF LODGING OF, AND INDEX TO, EXHIBITS**

Respondent hereby submits the following exhibits and transcripts to be lodged with the court in connection with its consideration of the Answer and Memorandum of Points and Authorities in Support of Answer to Petition for Writ of Habeas Corpus in the above cause of action:

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| 1 | Clerk's transcript from Santa Clara County Superior Court No. CC329648 (2 volumes) |
| 2 | Augmentation of clerk's transcript (1 volume) |
| 3 | Petitioner's opening brief in the state Court of Appeal (No. H028072) |
| 4 | Respondent's brief in the state Court of Appeal (No. H028072) |
| 5 | Petitioner's reply brief in the state Court of Appeal (No. H028072) |

| | | |
|---|---|---|
| 1 | 6 | Decision of the state Court of Appeal affirming the judgment (No. H028072) |
| 2 | 7 | Petitioner's petition for review in the state Supreme Court (No. S138858) |
| 3 | 8 | State Supreme Court's denial of the petition for review (No. S138858) |
| 4 | 9 | Santa Clara County Superior Court order denying application for habeas corpus (No. CC329648) |
| 6 | 10 | Petitioner's application for habeas corpus to the state Court of Appeal |
| 7 | 11 | Court of Appeal order denying habeas application (No. H030538) |
| 8 | 12 | Petitioner's application for habeas corpus to the state Supreme Court |
| 9 | 13 | Supreme Court order denying habeas application (No. S146699) |
| 10 | 14 | Reporter's transcript (3 volumes) |
| 11 | 15 | San Jose Police Department report number 03-287-0232 |

Dated: May 12, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General


/s/ Michael D. O'Reilley

MICHAEL D. O'REILLEY
Deputy Attorney General
Attorneys for Respondent

40248759.wpd
SF2007402772

Notice Of Lodging Of, And Index To, Exhibits

*Nunez v. Yates*
C 07-2485 JSW (PR)