1  Ivan Nunez
2  Pleasant Valley State Prison
   P.O. Box 8502
3  COALINGA, CA. 93210-8502
   CDC ID#: J40408
4  Pro se

FILED

08 JUN -9 PM 1:47

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5

6

7

8          In the UNITED STATES DISTRICT COURT
9          For the NORTHERN DISTRICT of CALIFORNIA

10

11  NUNEZ, Ivan M.,              No. C-07-2485 JSW (PR)
12      Petitioner,
13  vs.                          PETITIONER'S FIRST REQUEST
                                 FOR AN EXTENSION OF TIME
14  YATES, James, Warden,        TO FILE TRAVERSE TO ANSWER.
                                 (28 U.S.C. §2254.)
15      Respondent,

16  TO: THE HONORABLE JEFFREY S. WHITE, JUDGE IN THE UNITED STATES
17      DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, AND TO THE
        PARTIES IN THE ABOVE ENTITLED ACTION;
18      PLEASE TAKE NOTICE that Ivan M. Nunez, a state prisoner
19  acting pro se, hereby requests the court GRANT an addition-
20  al thirty days to enter his traverse to Respondent's
21  May 12, 2008, answer to his habeas corpus petition.
22  (28 U.S.C. § 2254.)
23      Petitioner's declaration in support of this request is here-
24  by incorporated by reference. (see attached.)
25      RESPECTFULLY, SUBMITTED.

26

27  Dated: June 4, 2008          Ivan Nunez
                                 Ivan Nunez
28                               Pro se

— 1 —

DECLARATION OF IVAN NUNEZ IN SUPPORT OF
REQUEST FOR ENLARGEMENT OF TIME

I, Ivan Nunez, hereby declare:

1. I am in the custody of James Yates, Respondent party, who has complete control of my movement.

2. On October 15, 2007, this Honorable Court ORDERED that I have thirty (30) days to file my traverse to Respondent's answer on habeas corpus, (28 U.S.C. §2254; see Document #2.)

3. Respondent mailed the answer on May 12, 2008 and, therefore, Petitioner should have until June 12, 2008 to file his traverse in this matter.

4. Unfortunately, due to unforeseen, unknown and exigent circumstances, the prison law library operated by Respondent is only available at less than three days a week, not at all accessible by myself during all of those times, if at all accessible. The short version is that the Prison Law Library is ineffective for me most of the time.

5. Petitioner believes that an additional thirty (30) days will be sufficient to prepare his traverse if matters do not get worse. at the prison.

6. This is Petitioner's FIRST REQUEST for an enlargement of time and he is not making this request for an unlawful purpose or intentional delay.

RESPECTFULLY, SUBMITTED.

///

///

— 2 —

1    VERIFICATION.

2         I, <u>Ivan Nunez</u>, am the Petitioner/Declarant

3    herein and I hereby swear and declare that the

4    foregoing is true and correct under penalty of

5    perjury.

6         EXECUTED under penalty of perjury at FRESNO

7    COUNTY, CALIFORNIA on this __4__ day of June

8    2008.

9

10

11                                    Ivan Nunez
                                      Pro se

12   ///

13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)

STATE OF CALIFORNIA )
COUNTY OF FRESNO )
_____ )

FILED 2485-JSW

**(C.C.P. SEC. 446 & 201.5;  28 U.S.C. SEC. 1746)**

08 JUN -9  PM 1:48

CLERK U.S. DISTRICT COURT
NO. DISTRICT CALIFORNIA

I, IVAN NUNEZ declare under the penalty of perjury that: I am the PETITIONER in the above entitle action; I have read the foregoing documents and know the contents thereof and the same is true of my own knowledge, except as to matters stated therein upon information, and belief, and as to those matters, I believe them to be true.

EXECUTED THIS 4 DAY OF June , 20 08 AT PLEASANT VALLEY STATE PRISON, COALINGA, CALIFORNIA 93210

(SIGNATURE) _____
(DECLARANT/PRISONER)

---

## PROOF OF SERVICE BY MAIL
### (C.C.P. SEC 1013 (a) & 2015.5;  28 U.S.C. SEC. 1746)

I, IVAN NUNEZ , am a resident of PLEASANT VALLEY STATE PRISON, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA. I am over the age of eighteen (18) years of age and I am a party of the above-entitled action. My address is: P.O. BOX 8500, COALINGA, CALIFORNIA 93210.

ON June / 4 , 20 08 , I SERVED THE FOREGOING:

PETITIONER'S FIRST REQUEST FOR AN EXTENSION OF TIME TO FILE TRAVERSE TO ANSWER. (28 U.S.C. § 2254.)

**(SET FORTH EXACT TITLE OF DOCUMENTS SERVED)**
ON THE PARTY(S) HEREIN BY PLACING A TRUE COPY (S) THEREOF, IN A SEALED ENVELOPE, WITH FIRST CLASS POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN THE DEPOSIT BOX SO PROVIDED AT PLEASANT VALLEY STATE PRISON, COALINGA, CALIFORNIA 93210.

I SERVED THE FOLLOWING PERSON (S) ADDRESSED BELOW:

CLERK OF THE COURT
United States District Court
Northern District of California
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA
94102.

STATE OF CALIFORNIA
DEPARTMENT OF JUSTICE
OFFICE of the Attorney General
455 Golden Gate Avenue, Suite #11000
San Francisco, CA. 94102-7004
Attn: Mike O'Reilley (SBN 72144)

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: 6/4 , 20 08 , _____
(DECLARANT/PRISONER)