```
                                            FILED
                                            JUN 2 4 2008
                                          RICHARD W. WIEKING
                                       CLERK, U.S. DISTRICT COURT
                                     NORTHERN DISTRICT OF CALIFORNIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN M. NUNEZ,<br><br>    Petitioner,<br><br>vs.<br><br>JAMES A. YATES, Warden,<br><br>    Respondent. | No. C 07-2485 JSW (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME**<br><br>(Docket No. 12) |

Good cause appearing, Petitioner's request for an extension of time, to and including July 12, 2008, in which to file a traverse is GRANTED.

This order terminates Docket No. 12.

IT IS SO ORDERED.

DATED: JUN 2 4 2008

                        JEFFREY S. WHITE
                        United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IVAN M NUNEZ,

        Plaintiff,

v.

JAMES A YATES et al,

        Defendant.

Case Number: CV07-02485 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 24, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ivan M. Nunez
J40408
Pleasant Valley State Prison
P.O. Box 8502
Coalinga, CA 93210

Michael Damian O'Reilley
State of California Office of the Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102

Dated: June 24, 2008

Richard W. Wieking, Clerk
By: Monica Narcisse, Deputy Clerk