UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN M. NUNEZ,<br><br>             Plaintiff,<br><br>     v.<br><br>JAMES A. YATES,<br><br>             Defendant. | Case No. 07-cv-02485-JSW<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 24 |

Petitioner, a California prisoner proceeding pro se, filed this petition for a writ of habeas corpus in 2007. It was denied on its merits in 2009. Shortly thereafter, the United States Court of Appeals dismissed his appeal. Thirteen years later, in 2022, he has filed a motion for reconsideration. He does not present any justification for this delay. Moreover, he argues in his motion that he has new claims of ineffective assistance of counsel that relate back to the original petition. New claims do not establish any of the grounds in rule 60(b) for reconsidering the denial of the petition based upon the claims presented therein. He asserts that the judgment is void under Rule 60(b)(2), but his new claims do not void the judgment passed on the claims presented to the Court in his petition. If Petitioner wishes to present new claims for federal habeas relief, he must seek authorization from the United States Court of Appeals for permission to proceed with a second or successive habeas petition. The motion for reconsideration is DENIED.

**IT IS SO ORDERED.**

Dated: October 31, 2022

_____
JEFFREY S. WHITE
United States District Judge